IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-2409-CMA-MJW

THERMAPURE, INC., a California corporation,

    Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation,
RESTORATION LOGISTICS, INC., a Colorado entity, and
    Defendants.

## STIPULATION RE [1] ENTRY OF PERMANENT INJUNCTION; AND [2] DISMISSAL WITHOUT PREJUDICE SUBJECT TO COURT'S RETENTION TO ENFORCE SETTLEMENT AGREEMENT

WHEREAS, Plaintiff THERMAPURE, INC. ("ThermaPure") and Defendants DISASTER RESTORATION, INC., and RESTORATION LOGISTICS, INC., have entered into a Settlement Agreement dated November 23, 2011 ("Agreement");

WHEREAS, based on the terms of the Agreement the Parties hereby stipulate that the following orders shall be entered by the Court:

1. A permanent injunction shall be entered enjoining Defendants DISASTER RESTORATION, INC. and RESTORATION LOGISTICS, INC. INC., from directly infringing, contributing to the infringement, or inducing infringement of U.S. Patent No. 6,327,812; and,

2. The action will be dismissed without prejudice subject to the Court's retaining jurisdiction to enforce the terms of the Agreement.

SO STIPULATED.

Dated:  December 2, 2011.                    PENDLETON FRIEDBERG WILSON
                                                                                              & HENNESSY P.C.

By:   s/ J. Mark Smith
      J. Mark Smith
      1875 Lawrence St. Tenth Floor
      Denver, Colorado 80202
      *Attorneys for Plaintiff ThermaPure, Inc.*

Dated:  November 30, 2011.                    DISASTER RESTORATION, INC.

By:   s/ Michael Griggs
      Michael Griggs
      President, Disaster Restoration, Inc.
      4275 Forest St.
      Denver, CO  80216

Dated:  November 30, 2011.                    RESTORATION LOGISTICS, INC.

By:   s/ Michael Griggs
      Michael Griggs
      President, Disaster Restoration, Inc.
      4275 Forest St.
      Denver, CO  80216

State of Colorado           )
                                   )
City and County of Denver  )

     On December 2, 2011, Michael Griggs personally appeared before me and acknowledged his signature in his position as President of Disaster Restoration, Inc., and Restoration Logistics, Inc.

                                                                              s/ Donald F. Ortiz
    [Seal]                                                       Notary Public