IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02409-CMA-MJW

THERMAPURE, INC., a California corporation,

    Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation, and
RESTORATION LOGISTICS, INC., a Colorado entity,

    Defendants.

---

**ORDER RE [1] ENTRY OF PERMANENT INJUNCTION; AND
[2] DISMISSAL WITHOUT PREJUDICE SUBJECT TO COURT'S
RETENTION TO ENFORCE SETTLEMENT AGREEMENT**

---

This matter is before the Court on the parties' Stipulation Re [1] Entry of Permanent Injunction; and [2] Dismissal Without Prejudice Subject to Court's Retention to Enforce Settlement Agreement (Doc. # 15). Upon review of the filing and the case file, the Court finds as follows:

WHEREAS, Plaintiff Thermapure, Inc. and Defendants Disaster Restoration, Inc. and Restoration Logistics, Inc. have entered into a Settlement Agreement dated November 23, 2011 ("Agreement");

WHEREAS, based on the terms of the Agreement, the Parties have stipulated that the Court shall enter the following orders:

1) A permanent injunction shall be entered enjoining Defendants from directly infringing, contributing to the infringement, or inducing infringement of U.S. Patent No. 6,327,812; and

2) The action will be dismissed without prejudice subject to the Court's retaining jurisdiction to enforce the terms of the Agreement.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A permanent injunction shall be entered enjoining Defendants Disaster Restoration, Inc. and Restoration Logistics, Inc. from directly infringing, contributing to the infringement or inducing infringement of U.S. Patent No. 6,327,812; and

2. The action against Defendants Disaster Restoration, Inc. and Restoration Logistics, Inc. is DISMISSED WITHOUT PREJUDICE; and

3. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the Parties on November 23, 2011.

DATED: December  07 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge