**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02409-CMA-MJW

THERMAPURE, INC., a California corporation,

    Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation, and
RESTORATION LOGISTICS, INC., a Colorado entity,

    Defendants.

_____

**FINAL JUDGMENT IN A CIVIL ACTION**
_____

The Court has ordered that:

1)    A permanent injunction shall be entered enjoining Defendants Disaster Restoration, Inc. and Restoration Logistics, Inc. from directly infringing, contributing to the infringement or inducing infringement of U.S. Patent No. 6,327,812;

2)    that the action against Defendants Disaster Restoration, Inc. and Restoration Logistics, Inc. is DISMISSED WITHOUT PREJUDICE; and

3)    that the Court will retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the Parties on November 23, 2011.

DATED at Denver, Colorado this 8th day of December, 2011.

                                                FOR THE COURT:

                                                GREGORY C. LANGHAM, CLERK

                                                *s/Valeri P. Barnes*
                                                Valeri P. Barnes,
                                                Deputy Clerk