IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-CV-2409-CMA-MJW

THERMAPURE, INC., a California corporation,

    Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation,
RESTORATION LOGISTICS, INC., a Colorado entity, and
DURACLEAN MASTER CLEANERS, INC., a Colorado corporation

    Defendants.

---

**ORDER GRANTING MOTION FOR ORDER ENFORCING SETTLEMENT AGREEMENT AND ENTRY OF JUDGMENT**

---

This matter is before the Court on the Motion for Order Enforcing Settlement Agreement and Entry of Judgment by Plaintiff Thermapure, Inc. (Doc. # 21.) Pursuant to Fed. R. Civ. P. 58 and to this Court's Order regarding (1) Entry of Permanent Injunction, and (2) Dismissal without Prejudice Subject to Court's Retention to Enforce Settlement Agreement (Doc. # 18). The Court having reviewed the Motion and supporting Affidavits, and otherwise being fully advised in the premises,

HEREBY enters judgment against Defendants in the principal amount of $34,019.34.

Post-Judgment interest shall accrue on this judgment amount at the rate of 3.25 percent per annum.

DATED: January 27, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge