**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02409-CMA-MJW

THERMAPURE, INC.,a California corporation,

      Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation,
RESTORATION LOGISTICS, INC., a Colorado entity and
DURACLEAN MASTER CLEANERS, INC., a Colorado corporation,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Motion for Order Enforcing Settlement

Agreement and Entry of Judgment of Judge Christine M. Arguello entered on January

27, 2015 it is

ORDERED that Plaintiff Thermapure In, recover from the Defendant Disaster

Restoration, Inc., Restoration Logistics, Inc., and Duraclean Master Cleaners, Inc., the

amount of  $34,019.34. Post-judgment interest at the rate of 3.25%  percent per annum.

Dated at Denver, Colorado this 28th day of January, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk