**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-CV-2409-CMA-MJW

THERMAPURE, INC., a California corporation,

    Plaintiff,

v.

DISASTER RESTORATION, INC., a Colorado corporation,
RESTORATION LOGISTICS, INC., a Colorado entity, and
DURACLEAN MASTER CLEANERS, INC., a Colorado corporation

    Defendants.

---

## ORDER RELEASING GARNISHED FUNDS HELD BY VECTRA BANK

---

This matter, having come before the Court on the motion of Plaintiff and Judgment Creditor Thermapure, Inc. (Doc. # 28), for an Order to release garnished funds presently being held by Vectra Bank of Colorado, and the Court, being fully advised in the premises, hereby GRANTS said motion.

IT IS HEREBY ORDERED that Vectra Bank of Colorado shall release the $34,169.16 presently being held and release these funds to the Court, in the form of a check made payable to Clerk of the United States District Court, 901 19th Street, Room A-105, Denver, CO  80294-3589.

IT IS FURTHER ORDERED that the Clerk shall then issue a check in the amount of $34,169.16 payable to Pendleton, Wilson, Hennessey & Crow, P.C., as Plaintiff's attorney, in satisfaction of the judgment.

2

DATED:  April  13 , 2015

                                BY THE COURT:

                                *[signature: Christine M. Arguello]*

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge